IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
JANICE NDUNGURU,                )
                                )
            Plaintiff,          )       8:07CV286
                                )
      v.                        )
                                )
KONE, INC., d/b/a KONE OMAHA    )       ORDER
and KONE CORPORATION), and      )
JOHN DOE, CORP.,                )
                                )
            Defendants.         )
_____)
```

After telephonic conference with counsel,

IT IS ORDERED:

1) Defendants shall have until November 26, 2007, to file a motion addressing the issues of jurisdiction and venue.

2) Plaintiff shall have until December 10, 2007, to file a response thereto.

DATED this 7th day of November, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court