IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
JANICE NDUNGURU,                )
                                )
            Plaintiff,          )       8:07CV286
                                )
       v.                       )
                                )
KONE, INC., d/b/a KONE OMAHA    )       ORDER
and KONE CORPORATION), and      )
JOHN DOE, CORP.,                )
                                )
            Defendants.         )
_____)
```

This matter is before the Court on plaintiff's motion for leave to file supplemental brief in opposition to defendant's motion to dismiss (Filing No. 19). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion is granted; the supplemental brief is deemed filed instanter.

DATED this 2nd day of January, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court